# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | | |
|---|---|---|
| HOSANNA MILLER, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:25-cv-00033-JTM-JEM |
| VISION OF HOPE MINISTRIES, INC., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

VISION OF HOPE MINISTRIES, INC. and FAITH CHURCH OF LAFAYETTE, INC.

Date: 01/12/2026

/s/ Barry L. Loftus
*Attorney's signature*

Barry L. Loftus, #20993-79
*Printed name and bar number*

STUART & BRANIGIN LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
*Address*

bll@stuartlaw.com
*E-mail address*

(765) 423-1561
*Telephone number*

(765) 742-8175
*FAX number*