UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| HOSANNA MILLER, FAITH RUSSELL, AND RACHEL MILLER, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED,<br>　　　　Plaintiffs,<br><br>v.<br><br>VISION OF HOPE MINISTRIES, INC. AND FAITH CHURCH OF LAFAYETTE, INC.<br>　　　　Defendants. | CASE NO. 4:25-cv-00033-JTM-JEM |

## **MOTION TO WITHDRAW APPEARANCE**

Trenten D. Klingerman of the law firm of Stuart & Branigin LLP moves to withdraw his appearance on behalf of Defendants, Vision of Hope Ministries, Inc. and Faith Church of Lafayette, Inc. Defendants will continue to be represented by Barry L. Loftus, Jason W. Bennett and Kirstie E. Klutzke.

WHEREFORE, Trenten D. Klingerman respectfully requests that the Court permit him to withdraw his appearance in this matter.

Respectfully submitted,

/s/ Trenten D. Klingerman
Trenten D. Klingerman　　#23033-53
Jason W. Bennett　　　　　#22895-79
Kirstie E. Klutzke　　　　　#38239-79
300 Main Street, Suite 900
Lafayette, IN 47901
Phone: (765) 423-1561
Fax: (765) 742-8175
Email: tdk@stuartlaw.com
　　　 jwb@stuartlaw.com
　　　 kek@stuartlaw.com