UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| HOSANNA MILLER, FAITH RUSSELL, AND RACHEL MILLER, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED,<br>       Plaintiffs,<br><br>v.<br><br>VISION OF HOPE MINISTRIES, INC. AND FAITH CHURCH OF LAFAYETTE, INC.,<br>       Defendants. | CASE NO. 4:25-cv-00033-JTM-JEM |

**JOINT MOTION FOR SCHEDULING CONFERENCE**

Plaintiffs and Defendants, jointly and by counsel, respectfully request that the Court set a scheduling conference for the purposes of setting briefing dates for responses and replies related to Plaintiffs' Motion for Class Certification and to adjust discovery deadlines accordingly.

Date: February 17, 2026

Respectfully submitted,

| | |
|---|---|
| /s/ Barry L. Loftus | /s/ Jason R. Ramsland |
| Barry L. Loftus  #20993-79 | Jason R. Ramsland  #29443-29 |
| Jason W. Bennett  #22895-79 | Ramsland Law LLC |
| Kirstie E. Klutzke  #38239-79 | 38 W. Main Street, Ste 124 |
| 300 Main Street, Suite 900 | Carmel, IN 46032 |
| Lafayette, IN 47901 | jason@rams.land |
| Phone: (765) 423-1561 | (765) 267-1240 |
| Fax: (765) 742-8175 | *Attorney for Plaintiffs* |
| Email: bll@stuartlaw.com | *and the Proposed Class* |
|        jwb@stuartlaw.com | |
|        kek@stuartlaw.com | |
| *Attorneys for Defendants* | |